UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR VALLE,<br><br>                              Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA),<br>NATIONAL ASSOCIATION, et al.,<br><br>                              Defendants. | Case No.: 19cv2419-LAB (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 19]** |

The parties' joint motion to dismiss is **GRANTED**.  Fed. R. Civ. P. 41(a).  This action is **DISMISSED WITH PREJUDICE** as to all parties, with each party to bear its own costs and fees.  The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: May 13, 2020

*Larry A. Burns*
**Hon. Larry Alan Burns**
Chief United States District Judge